IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIK CATHELL, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| LOUIS FOLINO, et al, | : | |
| Respondents. | : | No. 09-4667 |

## ORDER

AND NOW, this 11th day of March, 2011, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after a review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski and Petitioner's objections thereto (Doc. No. 27), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED without an evidentiary hearing.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

Legrome D. Davis, J.